NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000042
16-FEB-2016
09:20 AM

NO. CAAP-15-0000042

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
LONG BEACH MORTGAGE LOAN TRUST, 2006-6, Plaintiff-Appellee,
v.
JENNIFER C. TROST, Defendant-Appellant,
and
LONG BEACH MORTGAGE COMPANY; L&F ENTERPRISES, INC.;
JOHN AND MARY DOES 1-20; DOE PARTNERSHIPS, CORPORATIONS,
OR OTHER ENTITIES 1-20, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 09-1-274K)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Foley, Presiding J., Leonard and Ginoza, JJ.)

Upon consideration of Defendant-Appellant Jennifer C. Trost's "HRAP Rule 40 Motion for Reconsideration and For Withdrawal of This Court's January 28, 2016 Memorandum Opinion," filed on February 8, 2016, the memorandum/papers in support of the motion, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, February 16, 2016.

Gary Victor Dubin
Frederick J. Arensmeyer
(Dubin Law Offices)
on the motion.

Presiding Judge

Associate Judge

Associate Judge